IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MICHAEL BANKOFF,** <br> **Plaintiff** <br><br> v. <br><br> **LT. HASS and CAPTAIN OF FCI ALLENWOOD,** <br> **Defendants** | : No. 3:11cv1754 <br> : <br> : (Judge Munley) <br> : (Magistrate Judge Carlson) <br> : <br> : <br> : <br> : <br> : |

## ORDER

**AND NOW,** to wit, this ___ day of October 2011, the report and recommendation (Doc. 3) of Magistrate Judge Carlson is **ADOPTED IN PART** and **REJECTED IN PART** as follows:

1. Plaintiff's motion to proceed *in forma pauperis* (Doc. 2) is hereby **GRANTED**;

2. The recommendation that plaintiff's complaint be dismissed without prejudice is **REJECTED AS MOOT** because plaintiff has filed an amended complaint (Doc. 5).

The case, including plaintiff's motion to appoint counsel (Doc. 4), is **REMANDED** to Magistrate Judge Carlson for further proceedings consistent with this opinion.

BY THE COURT:

_____
JUDGE JAMES M. MUNLEY
United States District Court